UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| | ) |
| Plaintiff, | ) 18 U.S.C. § 2 |
| | ) 18 U.S.C. § 924(c)(1)(A)(i) |
| v. | ) 18 U.S.C. § 924(d)(1) |
| | ) 21 U.S.C. § 841(a)(1) |
| 1. SERGIO GRANADOS-REYNOSO, and | ) 21 U.S.C. § 841(b)(1)(A) |
| | ) 21 U.S.C. § 846 |
| 2. RAMIRO GRANADOS, | ) 21 U.S.C. § 853 |
| | ) 28 U.S.C. § 2461(c) |
| Defendants. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy To Distribute Fentanyl)

On or about June 1, 2022, in the State and District of Minnesota, and elsewhere, the defendants,

**SERGIO GRANADOS-REYNOSO, and
RAMIRO GRANADOS,**

did unlawfully, knowingly and intentionally conspire with each other and with others, known and unknown to the grand jury, to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

### COUNT 2
(Possession With the Intent To Distribute Fentanyl)

On or about June 1, 2022, in the State and District of Minnesota, the defendants,

**SERGIO GRANADOS-REYNOSO, and
RAMIRO GRANADOS,**



SCANNED
JUL 20 2022
U.S. DISTRICT COURT MPLS

United States v. Sergio Granados-Reynoso, et al.

each aiding and abetting the other, did unlawfully, knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 3
(Possessing and Carrying a Firearm in Furtherance of, and
During and in Relation to, a Drug Trafficking Crime)

On or about June 1, 2022, in the State and District of Minnesota, the defendant,

**SERGIO GRANADOS-REYNOSO**,

did knowingly and unlawfully possess a firearm, that is, a Diamondback Arms, model DB-15, multi-caliber pistol, serial number DB1718930, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the crime set forth in Count 2 of this Indictment, which is hereby realleged and incorporated herein by reference, and did knowingly and unlawfully carry said firearm during and in relation to said drug trafficking crime, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

If convicted of either of Counts 1 and 2 of this Indictment, the defendants,

**SERGIO GRANADOS-REYNOSO**, and
**RAMIRO GRANADOS**,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of each such violation, and any property used, or intended to be used, in any

United States v. Sergio Granados-Reynoso, et al.

manner or part, to commit, or to facilitate the commission of each such violation including, but not limited to, a Diamondback Arms, model DB-15, multi-caliber pistol, serial number DB1718930, and all associated ammunition and firearm accessories. If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p).

If convicted of Count 3 of this Indictment, the defendant,

**SERGIO GRANADOS-REYNOSO,**

shall forfeit to the United States any firearms and ammunition involved in or used in connection with such violation including, but not limited to, a Diamondback Arms, model DB-15, multi-caliber pistol, serial number DB1718930, and all associated ammunition and firearm accessories, all pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY        FOREPERSON